# UNITED STATES DISTRICT COURT

# DISTRICT OF RHODE ISLAND

| Gregory Dennis, A 41 468 793,<br>Petitioner<br>v.<br>Wayne Salisbury, Warden, Donald Wyatt Detention Facility; Michael Chertoff, Secretary of Dep't of Homeland Sec.; Michael Mukasey, Attorney General; Julie Myers, Immigration and Customs Enforcement ("ICE") Assistant Secretary; Bruce Chadbourne, District Director, ICE; George Sullivan, Officer in Charge, Detention and Removal Operations, Hartford ICE,<br>Respondents | No.<br><br>~~July~~ __, 2008<br>Aug 4<br><br>[redacted] 08 299S |
|---|---|

## MOTION FOR ORDER TO SHOW CAUSE

Petitioner, Gregory Dennis, moves this Court for an Order requiring Respondents to appear before this Court at such time and place as this Court may set, to show cause why the relief sought in the instant habeas corpus petition should not be issued.

As stated in the habeas petition, the petitioner's current detention is unlawful because it is based on an erroneous finding by an Immigration Judge ("IJ") that he is subject to mandatory detention under 8 U.S.C. § 1226(c) on account of having been convicted of an aggravated felony. Before finding that the petitioner is subject to mandatory detention, the same IJ had already terminated the petitioner's removal proceedings based on a finding that his convictions are not aggravated felonies. The IJ's decision finding the petitioner to be subject to mandatory detention involves an erroneous interpretation of *Matter of Joseph*, 22 I&N Dec. 799 (BIA 1999), unfairly subverts existing regulatory procedures concerning how the government can challenge release of an alien from

custody while it is appealing a decision by an IJ terminating removal proceedings, and violates the law of the case doctrine.

Respectfully submitted on behalf of
petitioner Gregory Dennis, by

Richard K. Corley, his attorney
Federal bar 2965
Corley Taveras, LLP
127 Dorrance Street, 2nd Fl
Providence, RI 02903
(401) 861-2100, fax (401) 861-2139
rkcorley@ctpllp.com

Justin Conlon, his attorney *pro hac vice*
Federal bar ct26187
Law Offices of Michael Boyle
250 State Street, Unit C2
P.O. Box 335
North Haven, CT 06473
203 239-2299, fax 203 985-8207
jconlon@immigrantcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that upon return of stamped copies from the Court, a copy of the foregoing will served by first class mail, postage pre-paid on ~~July~~ __, 2008 to: Aug 4

Office of the U.S. Attorney,
50 Kennedy Plaza, 8th Floor
Providence, RI 02903;

Michael Mukasey, Attorney General
Department of Justice
10th and Constitution, NW
Washington, D.C. 20530;

Julie Myers, Assistant Secretary,
Department of Homeland Security
Immigration and Customs Enforcement
Washington, D.C. 20528

Bruce Chadbourne, District Director;
Department of Homeland Security
Immigration and Customs Enforcement
JFK Federal Building
Boston, MA 02203; and

George Sullivan, Officer in Charge
Immigration and Customs Enforcement
Detention and Removal Operations
450 Main Street, Room 509
Hartford, CT 06103;

Wayne Salisbury, Warden
Donald Wyatt Detention Facility
950 High Street
Central Falls, RI 02863.

Richard L. Corley, w/permission
Richard Corley