RECEIVED
AUG 04 2008
Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

Gregory Dennis, A 41 468 793,
Petitioner
v.
Wayne Salisbury, Warden, Donald Wyatt Detention Facility; Michael Chertoff, Secretary of Dep't of Homeland Sec.; Michael Mukasey, Attorney General; Julie Myers, Immigration and Customs Enforcement ("ICE") Assistant Secretary; Bruce Chadbourne, District Director, ICE; George Sullivan, Officer in Charge, Detention and Removal Operations, Hartford ICE,
Respondents

Case CA 08 299S

~~July~~ Aug 4 __, 2008

## ORDER TO SHOW CAUSE

Good cause appearing therefore and upon reading the verified petition and the petitioner's memorandum of law in support of the petition for a writ of habeas corpus, all of which are filed herewith,

It is hereby ordered that the respondents cited above, appear before this Court on the ______________________ day of __________ at ________ A.M./P.M., of said day, to show cause why a writ of habeas corpus should not be issued, as is prayed for, and it is further ordered, that the petitioner appear before this court on the same day.

Done and ordered at _________________, this _____ day of ______________ 2008.

_________________________________
United States District Judge