(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Gregory Dennis
Plaintiff(s)

v.

Wayne Salisbury, et al.
Defendant(s)

Dkt. No. CA 08 2995

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant Gregory Dennis hereby moves that Justin Conlon be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

______________________________
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

______________________________
Signature of Local Counsel

Richard Corley
Print Name

Corley Taveras. LLP
Firm and Business Address

127 Dorrance St., 2nd Fl.

Providence, RI 02903

RI Bar ID # 2965

Email: rkcorley@ctpllp.com

Tel. # 401 861 2100

Fax # 401 861 2139

---

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

______________________________
District Judge

______________________________
Date