(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Gregory Dennis
Plaintiff(s)

v.

Wayne Salisbury, et al.
Defendant(s)

CA 08 2995
Dkt. No.

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant Gregory Dennis hereby moves that Justin Conlon be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Richard Corley
Print Name

Corley Taveras. LLP
Firm and Business Address
127 Dorrance St., 2nd Fl.
Providence, RI 02903

RI Bar ID # 2965

Email: rkcorley@ctpllp.com

Tel. # 401 861 2100

Fax # 401 861 2139

**ORDER**

This motion is hereby ✓ GRANTED ____ DENIED

WSM
District Judge

8/8/08
Date