UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GREGORY DENNIS, Petitioner, | ) | |
| v. | ) | C.A. NO. 08-299S |
| WAYNE SALISBURY, WARDEN, ET AL, Respondents. | ) | |

**RESPONDENTS' MOTION FOR EXTENSION OF TIME**

COMES NOW, Respondents, by and through their undersigned attorneys, and move that the time for filing an answer or other responsive pleading to Petitioner's Petition for Writ of Habeas Corpus, be enlarged up to and including September 5, 2008. Petitioner's counsel has no objection to this extension.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000 (ph)
401-709-5017 (fax)
Email: ly.nguyen@usdoj.gov

**CERTIFICATION OF SERVICE**

I hereby certify that on this 21st day of August, 2008, I caused to be electronically filed the within Respondents' Motion for Extension of Time, with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participant(s), as identified on the Notice of Electronic Filing, have received notice electronically:

Richard K. Corley, Esq.
Corley Tavares, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903

Justin Conlon, Esq.
Law Offices of Michael Boyle
250 State Street, Unit C2
P.O. Box 335
North Haven, CT 06473

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000 (ph)
401-709-5017 (fax)
Email: ly.nguyen@usdoj.gov