UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**GREGORY DENNIS** :
:
**v.** : **C.A. No. 08-299S**
:
**WAYNE SALISBURY, ET AL.** :

## MOTION TO DISMISS

For the reasons stated in its accompanying memorandum of law, the State of Rhode Island moves to dismiss the State as a party to this case.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**/s/ Christopher R. Bush**

**CHRISTOPHER R. BUSH, #5411**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

Date: August 25, 2008

## CERTIFICATION

I hereby certify that on August 25, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system.

/s/ Christopher R. Bush

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **GREGORY DENNIS** | : | |
| | : | |
| **v.** | : | **C.A. No. 08-299S** |
| | : | |
| **WAYNE SALISBURY, ET AL.** | : | |

**MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**

Pursuant to this Court's August 8, 2008, Order, the State of Rhode Island responds to Gregory Dennis's Petition for Writ of Habeas Corpus by moving to dismiss the State as a party to this case because Dennis does not assert any claims against it. Although Dennis references 28 U.S.C. § 2254 on the civil cover sheet that he filed with the instant petition, he does not allege in his petition that he is, or ever has been, in custody pursuant to a Rhode Island state court judgment. To the contrary, Dennis alleges that he is unlawfully detained at the Donald Wyatt Detention Facility in Central Falls, Rhode Island, by the United States Department of Homeland Security and the Immigration and Customs Enforcement Agency and pursuant to an Order that United States Immigration Judge Paul M. Gagnon entered on May 16, 2008. In this vein, he identifies the "U.S. Government" as the defendant on the civil cover sheet and names the following as respondents in the Petition, including each on the attached certificate of service:

- Wayne Salisbury, Warden of the Donald Wyatt Detention Facility;
- Michael Chertoff, Secretary of the Department of Homeland Security;
- Michael Mukasey, Attorney General of the United States;
- Julie Myers, Assistant Secretary of Immigration and Customs Enforcement;
- Bruce Chadbourne, District Director for the Boston District of Immigration and Customs Enforcement; and
- George Sullivan, Officer in Charge of the Detention and Removal Operations Hartford, Connecticut Immigration and Customs Enforcement Office.

On or about August 22, 2008, the aforementioned respondents moved for an extension of time to answer or otherwise respond to the instant petition.

For all of the foregoing reasons, the State of Rhode Island moves to dismiss the State as a party to this case.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**/s/ Christopher R. Bush**

**CHRISTOPHER R. BUSH, #5411**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

Date: August 25, 2008

**CERTIFICATION**

I hereby certify that on August 25, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system.

/s/ Christopher R. Bush