# United States District Court
# For the District of Rhode Island

| | | |
|---|---|---|
| **GREGORY DENNIS** | : | |
| | : | |
| **v.** | : | **C.A. No. 08-299S** |
| | : | |
| **WAYNE SALISBURY, ET AL.** | : | |
| | : | |

...oOo...

**PETITIONER'S NON-OPPOSITION TO RESPONDENT STATE OF RHODE ISLAND'S MOTION TO DISMISS**

Now comes the Petitioner, by and through his counsel, and files his non-opposition to the State of Rhode Island's Motion to Dismiss as party in the above-referenced matter as for the grounds stated in its supporting memorandum.

Respectfully Submitted,

Dated: August 26, 2008

**GREGORY DENNIS**

By His Attorneys,

/s/ Richard K. Corley ___

Richard K. Corley (#2965)
**Corley Taveras, LLP**
127 Dorrance Street, 2nd Fl
Providence, RI 02903
(401) 861-2100
(401) 861-2139 Fax
rkcorley@ctpllp.com

/s/ Justin Conlon__________
Justin Conlon, his attorney *pro hac vice*
Federal Bar ct26187
**Law Offices of Michael Boyle**
250 State Street, Unit C2
P.O. Box 335
North Haven, CT 06473
(203) 239-2299
(203) 985-8207 Fax
jconlon@immigrantcenter.com

## CERTIFICATION

I hereby certify that on this 26th day of August 2008, I caused a true copy of the within Petitioner's Non-Opposition to Respondent State of Rhode Island's Motion to Dismiss to be served electronically upon:

**Christopher R. Bush,** cbush@riag.ri.gov, randrade@riag.ri.gov

**Ly Nguyen**, ly.nguyen@usdoj.gov, linda.mazmanian@usdoj.gov, nancy.a.diquinzio@usdoj.gov, sandra.mascola@usdoj.gov

/s/ Richard K. Corley____________
Richard K. Corley