# United States District Court
# For the District of Rhode Island

| | | |
|---|---|---|
| **GREGORY DENNIS** | : | |
| | : | |
| **v.** | : | **C.A. No. 08-299S** |
| | : | |
| **WAYNE SALISBURY, ET AL.** | : | |
| | : | |

...oOo...

**PETITIONER'S MOTION TO WITHDRAW APPLICATION FOR WRIT OF HABEAS CORPUS**

Now comes the Petitioner, by and through his counsel, and files this instant motion to withdraw his application for writ of habeas corpus as for the grounds stated in accompanying memorandum.

So prayed.

Respectfully Submitted,

Dated: September 2, 2008

**GREGORY DENNIS**

By His Attorneys,

/s/ Richard K. Corley ___

Richard K. Corley (#2965)
**Corley Taveras, LLP**
127 Dorrance Street, 2nd Fl
Providence, RI 02903
(401) 861-2100
(401) 861-2139 Fax
rkcorley@ctpllp.com

/s/ Justin Conlon___________
Justin Conlon, his attorney *pro hac vice*
Federal Bar ct26187
**Law Offices of Michael Boyle**
250 State Street, Unit C2
P.O. Box 335
North Haven, CT 06473
(203) 239-2299
(203) 985-8207 Fax
jconlon@immigrantcenter.com

## CERTIFICATION

I hereby certify that on this 2nd day of September 2008, I caused a true copy of the within Petitioner's Motion to Withdraw Application for Writ of Habeas Corpus to be served electronically upon:

**Christopher R. Bush,** cbush@riag.ri.gov, randrade@riag.ri.gov

**Ly Nguyen**, ly.nguyen@usdoj.gov, linda.mazmanian@usdoj.gov, nancy.a.diquinzio@usdoj.gov, sandra.mascola@usdoj.gov

/s/ Richard K. Corley_____________
Richard K. Corley