# United States District Court
# For the District of Rhode Island

| | | |
|---|---|---|
| **GREGORY DENNIS** | : | |
| | : | |
| **v.** | : | **C.A. No. 08-299S** |
| | : | |
| **WAYNE SALISBURY, ET AL.** | : | |
| | : | |

...oOo...

**PETITIONER'S MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW APPLICATION FOR WRIT OF HABEAS CORPUS**

Petitioner filed the above-referenced application for writ of habeas corpus pursuant to § 2254 as a prisoner in custody. Petitioner was released on August 29, 2008 and therefore is no longer in custody. Accordingly, Petitioner withdraws his Application for Writ of Habeas Corpus by a State Prisoner.

Respectfully Submitted,

Dated: September 2, 2008

**GREGORY DENNIS**

By His Attorneys,

/s/ Richard K. Corley

Richard K. Corley (#2965)
**Corley Taveras, LLP**
127 Dorrance Street, 2nd Fl
Providence, RI 02903
(401) 861-2100
(401) 861-2139 Fax
rkcorley@ctpllp.com

/s/ Justin Conlon__________
Justin Conlon, his attorney *pro hac vice*
Federal Bar ct26187
**Law Offices of Michael Boyle**
250 State Street, Unit C2
P.O. Box 335
North Haven, CT 06473
(203) 239-2299
(203) 985-8207 Fax
jconlon@immigrantcenter.com

**CERTIFICATION**

I hereby certify that on this 2nd day of September 2008, I caused a true copy of the within Petitioner's Memorandum in Support of Motion to Withdraw Application for Writ of Habeas Corpus to be served electronically upon:

**Christopher R. Bush,** cbush@riag.ri.gov, randrade@riag.ri.gov

**Ly Nguyen**, ly.nguyen@usdoj.gov, linda.mazmanian@usdoj.gov, nancy.a.diquinzio@usdoj.gov, sandra.mascola@usdoj.gov

/s/_Richard K. Corley____________
Richard K. Corley